UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

KEVIN WILSON                                                              PLAINTIFF

v.                                              CIVIL ACTION NO. 1:12-CV-P46-R

TAYLOR COUNTY et al.                                                     DEFENDANTS

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date and being

otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's claims against Taylor County

are **DISMISSED** with prejudice for failure to state a claim within the meaning of 28 U.S.C.

§ 1915A(b)(1) and that his claims against Defendants Amy Anderson, Craig Cox and John

Bertram are **DISMISSED** with prejudice for failure to state a claim within the meaning of 28

U.S.C. § 1915A(b)(1) and for seeking monetary relief from Defendants who are immune under

28 U.S.C. § 1915A(b)(2).

There being no just reason for delay in its entry, this is a final Order.

The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith for

the reasons set forth in the Memorandum Opinion.  *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*
        Defendants
        Taylor County Attorney
4413.009